## W. J. DUPREE v. W. W. GUNTER.

1. In an attachment suit wherein the defendant reconvened for damages on account of the wrongful suing out of the attachment, it was error to instruct the jury that the affidavit for the attachment was evidence of the alleged causes upon which the attachment was sued out.

APPEAL from Wood.   Tried below before the Hon. Z. Norton.

The opinion and the head note indicate the only facts worth notice.

*S. P. Donley*, for the appellant.

No brief for the appellee.

WALKER, J.—There was error in the charge of the court. The affidavit is not to be regarded as evidence of the facts upon which the attachment is sued out; and it may or may not have misled the jury to charge that "the affidavit is evidence of the ground upon which the attachment was issued."

The judgment of the district court is reversed, and the cause remanded.

Reversed and remanded.